[No. 35868-9-II. Division Two. March 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGERUITE HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00653-4, John P. Wulle, J., entered January 30, 2007. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 35903-1-II. Division Two. March 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ALLAN TUITE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00657-4, James E. Warme, J., entered February 6, 2007. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 25598-1-III. Division Three. March 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL F. GARNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-00682-9, Kathleen M. O'Connor, J., entered October 17, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24995-6-III. Division Three. March 6, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK R. DICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03525-3, Robert D. Austin, J., entered February 6, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.